■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN MANGOLD, Also Known as JOHN MANGOLD, Appellant.—Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on November 21, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Asch, Wallach and Smith, JJ.

■ In the Matter of PAULINE H., Also Known as NICHOLE H., and Another. JEWISH CHILD CARE ASSOCIATION OF NEW YORK, Respondent, v DIANE H., Appellant.—Order of disposition of the Family Court, New York County (Mary Bednar, J.), entered on or about May 26, 1989, unanimously affirmed, without costs and without disbursements.

Application by appellant's counsel to withdraw as counsel is granted *(see, Matter of Wise Servs. [Whyte],* 131 AD2d 306). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Asch, Wallach and Smith, JJ.